Scott Edelsberg (SBN 330990)
**EDELSBERG LAW, P.A.**
1925 Century Park E, #1700
Los Angeles, California 90067
Telephone: (305) 975-3320
scott@edelbserglaw.com

*Counsel for Plaintiff Benedetti*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO LOPEZ, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>KLA CORPORATION D/B/A KLA INSTRUMENTS - FILMETRICS,<br><br>Defendant. | Case No. 5:25-cv-09830-SVK<br>Magistrate Judge: Susan van Keulen<br><br><br>**PLAINTIFF ARRIGO BENEDETTI'S ADMINISTRATIVE MOTION TO RELATE CASES** |
| ARRIGO BENEDETTI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KLA CORPORATION,<br><br>Defendant. | Case No. 5:25-cv-09882-EKL<br>Magistrate Judge: Eumi K. Lee |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Civil Local Rules 3-12 and Rule 7-11, Plaintiff Arrigo Benedetti in *Benedetti v. KLA Corporation*, No. 5:25-cv-09882-NC, moves the Court to

consider whether the cases should be related as follows:

I.     **THE TITLE AND CASE NUMBER OF EACH PROPOSED RELATED CASE**

On November 14, 2025, Plaintiff Mario Lopez filed his Complaint captioned as *Lopez v. KLA Corporation*, No. 5:25-cv-09830-SVK ("*Lopez*").

Plaintiff Arrigo Benedetti now moves the Court to consider whether the *Lopez* matter (the "Proposed Related Action") should be related pursuant to Civil Local Rules 3-12 and 7-11. The operative Complaints for the Proposed Related Action is attached as Exhibits 1 to the Declaration of Scott Edelsberg filed concurrently herewith.

II.     **BRIEF STATEMENT OF THE RELATIONSHIP OF THE ACTIONS**

Civil Local Rule 3-12(a) provides for actions to be related when: "(1) [t]he actions concern substantially the same parties, property, transaction or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

The *Lopez* Action should be related for three reasons. First, the Proposed Related Action asserts the same or similar claims against the same Defendant, KLA Corporation. All Actions assert that a data breach occurred that compromised Plaintiffs' and Class Members' personal information due to KLA Corporation's negligence and breach of implied contract. All actions assert the same or substantially identical factual allegations against the Defendant and seek the same relief, including damages, injunctive and equitable relief, declaratory relief, interest, and attorneys' fees and costs.

Second, the Proposed Related Action arise from the same underlying event, i.e., KLA Corporation's alleged negligence in maintaining adequate security

protocols to make malicious attempts less likely or prevent them from succeeding—which allegedly caused the Data Breach.

Third, the Proposed Related Action will result in duplicative motions and discovery if it proceeds separately because the complaint raises the same questions of fact and law. These actions are in the earliest stages, and no rulings have yet been made.

Thus, both criteria of Civil Local Rule 3-12(a) are satisfied such that consolidation before a single judge will conserve the parties' and the Court's resources and will avoid "unduly burdensome duplication of labor and expense or conflicting results." Civ. L.R. 3-12(a)(2).

### III. CONCLUSION

Because Plaintiffs' complaints each allege substantially the same facts and claims, the Proposed Related Action should be related and assigned to this Court.

Dated: November 18, 2025					Respectfully Submitted,

By: */s/Scott Edelsberg*
Scott Edelsberg (SBN 330990)
**EDELSBERG LAW, P.A.**
1925 Century Park E, #1700
Los Angeles, California 90067
Telephone: (305) 975-3320
scott@edelbserglaw.com

*Counsel for Plaintiff Benedetti*