UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO LOPEZ, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>KLA CORPORATION D/B/A KLA INSTRUMENTS - FILMETRICS,<br><br>Defendant. | Case No. 5:25-cv-09830-SVK<br>Magistrate Judge: Susan van Keulen<br><br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF ARRIGO BENEDETTI'S ADMINISTRATIVE MOTION TO RELATE CASES** |
| ARRIGO BENEDETTI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KLA CORPORATION,<br><br>Defendant. | Case No. 5:25-cv-09882-EKL<br>Magistrate Judge: Eumi K. Lee |

This matter comes before the Court on Plaintiff Arrigo Benedetti's Administrative Motion to Consider Whether Cases Should Be Related pursuant to

PROPOSED ORDER

Civ. L. R. 3-12 and 7-11. This Court, having considered Plaintiff's Motion to relate *Lopez v. KLA Corporation*, No. 5:25-cv-09830-SVK and good cause appearing, HEREBY GRANTS the motion.

These Actions concern substantially the same parties, property, transactions, or events, and it appears likely that proceeding before different judges would result in unduly burdensome duplication of labor or expense or risk conflicting rulings. Therefore, the above matters are hereby related and reassigned to the undersigned judge.

Dated: _____

_____
HON. EUMI K. LEE
UNITED STATES DISTRICT JUDGE