**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff and Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARRIGO BENEDETTI, individually and on behalf of all others similarly situated,<br><br>　　*Plaintiff*,<br><br>vs.<br><br>KLA CORPORATION,<br><br>　　*Defendant*. | Case No. 5:25-CV-09882-EKL<br><br>**NOTICE OF DISMISSAL**<br>**WITHOUT PREJUDICE** |

**NOTICE OF DISMISSAL**

Plaintiff, Arrigo Benedetti, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Arrigo Benedetti, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Dated: November 21, 2025          Respectfully submitted,

By: /s/ Scott Edelsberg

**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic generated by CM/ECF or in some other authorized manner.

By: */s/ Scott Edelsberg*

**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com

---
**NOTICE OF DISMISSAL**